Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Plaintiff
Su Jean Liu

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Su Jean LIU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J & B Yang Corporation, a California Corporation; Bong Yang, an individual; The Peoples Shoe Company, an unknown entity; and DOES 1 - 10,<br><br>Defendants. | Case No.: '17CV0966 AJB BGS<br><br>**Complaint for:**<br><br>1. **Design Patent Infringement**<br><br>2. **Unfair Business Practice under CA Bus. & Prof. Code §17200** |

Come now Su Jean Liu (Plaintiff) and states her Complaint as follows:

## Parties

1. Plaintiff is a California resident.
2. Plaintiff is the owner of all rights for United States Design Patent number D555,885 patent ("885 Patent"). A copy of the 885 Patent is attached herein as Exhibit A.
3. Plaintiff is a majority shareholder of Formosa Fashion, Inc., a California corporation.
4. On information and belief, Defendant J & B Yang Corporation ("JBY Corp") is a California corporation having principal place of business at 320 Arguelles St., Calexico, CA 92231.
5. On information and belief, Defendant Bong Yang is a resident of Calexico, CA.
6. On information and belief, Defendant The Peoples Shoes Company is a related entity of JBY Corp and has a principal place of business at 10420 Rush Street, S. El Monte CA 91733.
7. The true names and capacities of other unidentified defendants, currently sued as DOE defendants, are presently unknown to Plaintiff. Plaintiff will later seek leave of this Court to amend this Complaint accordingly, after reasonable discovery is conducted.

## Jurisdiction and Venue

8. The action arises under U.S. patent laws, 35 15 U.S.C. §101, as amended, and common laws of State of California. This Court has subject matter jurisdiction under 28 U.S.C. §§1331, 1338.
9. The Court has supplemental jurisdiction over the state claims.
10. Venue for this action is proper under 28 U.S.C. 1391(b) and (c), because the majority of the Defendant reside in this judicial district, and a substantial part of the events giving rise to the claims for relief occurred in this district; the

Defendants are subject to personal jurisdiction in this judicial District at the relevant time.

**General Allegations**

11. Plaintiff is the owner of all rights of the 885 Patent.
12. Plaintiff found out that Defendants are distributing/selling shoes with a sole bottom pattern that infringes upon Plaintiff's 885 Patent.
13. Attached in Exhibit B is the image of the show bottom of an infringing product sold, offered for sale, and/or distributed by Defendants.
14. For ease of reference, Plaintiff put the infringing product image side by side with a drawing from the 885 Patent herein.

| 885 Patent | Accused Product |
|---|---|
|  FIG 1 |  |

## Count One: Design Patent Infringement

15. Plaintiff incorporated all prior allegations, as if fully set forth herein.
16. Plaintiff never authorized Defendants to sell, import, distribute or offer to sell any shoe products that fall within the exclusive right of the 885 Patent.
17. Defendants will continue to cause harms to Plaintiff for the acts complained herein, unless the Court issues an order restraining the acts complained herein.
18. As a result of Defendants' infringement, Plaintiff suffered damages in an amount to be proven at trial.

## Count Two: Unfair Business Practice under B&P 17200

19. Plaintiff incorporated all prior allegations as if fully set forth herein.
20. Plaintiff allows her majority-owned corporation, Formosa Fashion, Inc. ("FFI") to use the 855 Patent. FFI's use of the 855 Patent on some of the shoe products are thus authorized.
21. Defendant's acts as complained herein are unfair business practices in that consumers are misled into thinking that Defendants' business activities are authorized and are injuries to Plaintiff's majority-owned Formosa Fashion, Inc.
22. Defendant's wrongfully received monies, profits, and/or properties that rightfully belong to Plaintiff, and Plaintiff is entitled to restitution or restoration thereof in an amount to be proven at trial.
23. Defendants will continue to cause harms to Plaintiff for the acts complained herein, unless the Court issues an order restraining the acts complained herein.

## <u>Prayer for Relief</u>

WHEREFOR, Plaintiff respectfully requests that the Court find for Plaintiff's favor and against Defendants, for the following relief:

a. Judgment that Defendants are liable for infringement of Plaintiff's Patent right.
b. Judgment that Defendant is liable for unfair business practice by violating the provisions of Sections 17000/17200 of California Business and Professional Code.
c. An Order that Defendant to pay over to Plaintiff all damages that Plaintiff sustained as a consequence of the acts complained herein.
d. An Order the Defendant to pay over to Plaintiff treble damages pursuant to California Business & Professional Code§ 17082.
e. An Order that Defendant is enjoined from engaging in any further manufacturing, selling or otherwise distributing the infringing products.
f. An Order the Plaintiff is to recover its attorney's fees and expenses in this action.
g. Such other and further relief as the Court may deem just and proper.

Dated: May 10, 2017

Respectfully Submitted,

/s/ Jen-Feng Lee

Jen-Feng (Jeff) Lee
Attorney for Plaintiff
Su Jean Liu

## Demand For Trial by Jury

Plaintiff, pursuant to Rule 38 of the Federal Rules of Civil Procedure, hereby demands a trial by jury.

Dated: May 10, 2017

Respectfully Submitted,

/s/ Jen-Feng Lee

Jen-Feng (Jeff) Lee
Attorney for Plaintiff
Su Jean Liu